AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 16-CV-6095

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __PERFORMANT RECOVERY, INC.__
was received by me on *(date)* __2/22/2016__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: I served the summons on CARLA FOSTER, HUMAN RESOURCE, who was the person in charge at time of service for PERFORMANT RECOVERY, INC., on FEBRUARY 25, 2016 at 1:36PM.

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __2/29/16__

_____
*Server's signature*

FAHEEM MOORE - PROCESS SERVER
*Printed name and title*
S&R SERVICES
903 SNEATH LANE, STE. 227
SAN BRUNO, CA 94066
650-794-1923
*Server's address*

Additional information regarding attempted service, etc:

#115892