UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x   16-cv-06095 (EAW)

LEASA A. MORRISON,

        Plaintiff

    -against-

PERFORMANT RECOVERY, INC,,

        Defendant

-----------------------------------------------------------x

## NOTICE OF VOLUNTARY DISMISSAL

   PLEASE TAKE NOTICE, as no party named herein is an infant or an incompetent person and pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, the above-entitled action shall be, and hereby is, voluntarily dismissed by the Plaintiff, LEASA A. MORRISON, with prejudice and without costs and/or attorneys fees as to any party named herein.

DATED: New York, New York
        June 1, 2016

                                          ROBERT L. ARLEO, ESQ. P.C.
                                          By: *Robert L. Arleo*
                                               ROBERT L. ARLEO
                                               380 Lexington Avenue, 17th Fl.
                                               New York, New York  10168
                                               Attorney for the Plaintiff
                                               Phone: (212) 551-1115
                                               Fax: (518) 751-1801
                                               Email: robertarleo@gmail.com