UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x   16-cv-06095 (EAW)

LEASA A. MORRISON,

        Plaintiff

  -against-

PERFORMANT RECOVERY, INC,,

        Defendant

-----------------------------------------------------------x

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE, as no party named herein is an infant or an incompetent person and pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, the above-entitled action shall be, and hereby is, voluntarily dismissed by the Plaintiff, LEASA A. MORRISON, with prejudice and without costs and/or attorneys fees as to any party named herein.

DATED: New York, New York
        June 1, 2016

                                      ROBERT L. ARLEO, ESQ. P.C.
                                      By: _Robert L. Arleo_
                                      ROBERT L. ARLEO
                                      380 Lexington Avenue, 17th Fl.
                                      New York, New York 10168
                                      Attorney for the Plaintiff
                                      Phone: (212) 551-1115
                                      Fax: (518) 751-1801
                                      Email: robertarleo@gmail.com

SO ORDERED

ELIZABETH A. WOLFORD
United States District Judge

Date 6-2-16